✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| BRADY, JAMES M | CM/ECF Case No. 4:26-PO-00135-AGH |

Case No.    GM1          E2536426

USM No.

_____
Defendant's Attorney

**THE DEFENDANT:**  BRADY, JAMES M

☑  **THE DEFENDANT** pleaded guilty to count(s)    1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | Speeding | 02/10/2026 | 1 |

☐  Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $100.00 | $ 10.00 | $ 60.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:    2541

Defendant's Year of Birth: 1990

City and State of Defendant's Residence:
FORT BENNING, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date